UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JON VAN HOUTEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:14-cv-356
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on February 25, 2015. (ECF No. 19.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff's statement of errors is **SUSTAINED** to the extent that this case is **REMANDED** to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

    IT IS SO ORDERED.

7-24-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE